301 W North Avenue LLC – Creditors

BDS III Mortgage Capital G LLC
300 Park Avenue, 17th Floor
New York, New York 10022
Attention: James Chung

BDS III Mortgage Capital G LLC
300 Park Avenue, 17th Floor
New York, New York 10022
Attention: Teresa Hough

BDS III Mortgage Capital G LLC
111 E. Sego Lily Drive, Suite 400
Salt Lake City, Utah 847070
Attention: Matt Grant, General Counsel

Kelly Drye & Warren LLP
One Jefferson Rd
Parsippany, New Jersey 07054
Attention: Stephen G. Hauck, Esq.

Grogan Hesse & Uditsky, P.C.
2 Mid-America Plaza, Suite 110
Oakbrook Terrace, Illinois 60181
Attention: Channing Hesse, Esq.

Kass Management Services Inc
2000 N Racine, Suite 4400
CHICAGO, IL 60614

Daniel Management Group, Inc.
444 North Michigan Avenue, Suite 1200
Chicago, IL 60611
Attention: Roger Daniel

Levenfeld Pearlstein, LLC
120 S. Riverside Plaza, Suite 1800
Chicago, IL 60606
Attention: George J. Spathis

City of Chicago
121 N LaSalle St
Chicago, IL 60602

Terra Mia Hospitality LLC/Gianni Gallucci
1554 N North Park
Chicago, IL 60610
Attention: Gianni Gallucci

315 W North Avenue LP/ Peter O'Brien
Neal Gerber & Eisenberg LLP
2 N LaSalle St, Suite 1700
Chicago, IL 60602
Attention: Irwin Gzesh, Esq

NEB Chicago Two, LLC
3409    Noll Valley Circle
Verona, WI 53593

Frank Martin Paris, Jr
1525 W Homer, Suite 401
Chicago, IL 60642

301 W North, LLC
1525 W Homer, Suite 401
Chicago, IL

Keystone & Stuart, LLC
6859 SE South Marina Way
Stuart, FL 34996
Attention: Beth Cohen

Maeve, LLC – Series FF
501 Silverside Rd, Suite 87AEP
Wilmington, DE 19809

Martin NV II, Inc
800 N. Rainbow Blvd, Suite 208-21AP
Las Vegas, NV 89107

Jack Enterprise LP
501 Silverside Rd, Suite 87AER
Wilmington, DE 19809

Conor Management, LLC
501 Silverside Rd, Suite 87AEU
Wilmington, DE 19809

Frank Martin Paris, JR Childrens Trust
1525 W Homer, Suite 401
Chicago, IL 60642
Attention: Beth Cohen, as Trustee

Lab Development LLC DBA Connexion
1 E. Wacker Drive, #2610
Chicago, IL 60601

Vision Electric & Power Systems, INC
650 Grand Ave, Suite 110
Elmhurst, IL 60126

Windward Roofing & Construction Inc
919 S Sacremento Blvd
Chicago, IL 60612

Hometown Painters INC
123 W Madison St, Suite 806
Chicago, IL 60602

Patrick McCann Inc
40 Brink Street
Crystal Lake, IL 60014

OHI LLC
106 Garlisch Drive
Elk Grove Village, IL 60007

RAM Fire Protection INC
713 W Annoreno Drive
Addison, IL 60103

Triton Plumbing LLC
16350 105th Court
Orland Park, IL 60467

Eco Group Inc.
P.O. Box 25572
Chicago, IL 60625

Cook County Treasurer
118 N Clark, Rm 212
Chicago, IL 60602

FedEx
P.O. Box 94515
Palatine, IL 60094

Law Offices of James Lowry
454 E. northwest Highway
Des Plaines, IL 60016
- Durability Construction Inc.
3452 N. Knox Ave.
Chicago, IL 60641